**Opinion filed November 16, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00286-CV
_____

## THE STATE OF TEXAS, Appellant

## V.

## DARK BLUE 2013 JEEP CHEROKEE 4 DOOR SUV TEXAS VEHICLE IDENTIFICATION NUMBER 1C4RJFAG9DC620188, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 10388-D**

## M E M O R A N D U M   O P I N I O N

Appellant, the State of Texas, has filed in this court an agreed motion for judgment pursuant to TEX. R. APP. P. 42.1(a)(2). In the motion, the parties state that they "have reached an agreement to fully and finally settle and resolve all matters in controversy concerning their differences in this appeal." The parties have agreed

that Glenn Peterson will release the Jeep Cherokee "to the Taylor County Sheriff's Office and allow them to take title of the vehicle." The parties therefore request that this court render judgment effectuating the parties' settlement agreement. We grant the parties' agreed motion. *See* TEX. R. APP. P. 42.1(a)(2)(A).

In accordance with the parties' request and without reaching the merits of the appeal, we reverse the judgment of the trial court and render judgment in accordance with the parties' settlement agreement. Pursuant to the parties' request, the mandate of this court shall be issued in an expedited manner. TEX. R. APP. P. 18.1(c).

PER CURIAM

November 16, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.